In the Matter of ARTHUR A. SNYDER, Appellant, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued May 31, 1938; decided July 7, 1938.

666

*Emil Weitzner, Milton S. Gould* and *Arthur A. Snyder* (in person), for appellant.

*William C. Chanler, Corporation Counsel* (*Robert H. Schaffer* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.